UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOE HOUSTON,

    Plaintiff,

v.                                    Case No.: 0:11-CV-62372-WJZ

THE TJX COMPANIES, INC.,
    Defendant.

_____

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Joe Houston, by and through his undersigned counsel, hereby advises the Court that this case has been settled.

The Parties request ten (10) days to file the appropriate documents concluding this case.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 13th 2011.

/s/*Philip Michael Cullen, III*
Philip Michael Cullen, III
**Thomas B. Bacon, P.A.**
Attorney for Plaintiffs:
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
ph. (954) 462-0600
fax (954) 462-1717
cullen@thomasbaconlaw.com